US0D1050816S

# (12) United States Design Patent
## Al Husseini

(10) Patent No.: **US D1,050,816 S**
(45) Date of Patent: ⁕⁕ **Nov. 12, 2024**

(54) **CONDIMENT SHAKER**

(71) Applicant: **Zaid Al Husseini**, Orlando, FL (US)

(72) Inventor: **Zaid Al Husseini**, Orlando, FL (US)

(73) Assignee: **Potato Ventures LLC**, Orlando, FL (US)

( * ) Notice: Patent file contains an affidavit/declaration under 37 CFR 1.130(b).

(**) Term: **15 Years**

(21) Appl. No.: **29/826,917**

(22) Filed: **Feb. 16, 2022**

(51) **LOC (14) Cl.** ............................................... 07-06
(52) **U.S. Cl.**
     USPC ........................................................ **D7/591**
(58) **Field of Classification Search**
     USPC ...... D7/646, 591, 589, 629, 600.1, 596–597,
        D7/600.4, 553.6, 706, 501, 702, 551.1,
        D7/614; D8/16–17, 21; D9/905, 560,
        D9/423–424, 573, 504; D3/295, 302
     CPC .... B01F 23/60; B01F 23/023; B01F 35/3202;
        B01F 27/1125; B01F 27/82; G01F 11/24;
        G01F 11/268; G01F 11/14; A47J 47/04;
        A47J 47/01; A47J 47/16; A47J 31/44;
        G06K 7/1413; G06K 7/1417; A47G
        19/34; B65D 83/06; B65D 41/045; B65D
        47/0847; A47F 1/035; A47F 5/02; G07F
        11/62
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D177,373 | S | * | 4/1956 | Gilbert | D7/597 |
| D249,998 | S | * | 10/1978 | Gobleck, Jr. | D9/647 |
| D254,227 | S | * | 2/1980 | Young | D7/594 |
| D255,532 | S | * | 6/1980 | Saffell | D9/558 |
| D257,204 | S | * | 10/1980 | Bounds | D7/596 |

(Continued)

OTHER PUBLICATIONS

White Salt and Pepper Shakers Set by Brighter Barns, first available Oct. 22, 2021. Retrieved from: https://www.amazon.com/White-Pepper-Shakers-Brighter-Barns/dp/B09SFHCFRM?th=1 on Nov. 13, 2023.*

(Continued)

*Primary Examiner* — Shannon W Morgan
*Assistant Examiner* — Terilyn Davis
(74) *Attorney, Agent, or Firm* — Bochner PLLC; Laura Harper

(57) **CLAIM**

The ornamental design for a condiment shaker, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the first embodiment of a condiment shaker, showing the new design;
FIG. **2** is a front elevational view of the condiment shaker thereof;
FIG. **3** is a rear elevational view of the condiment shaker thereof;
FIG. **4** is a left side elevational view of the condiment shaker thereof;
FIG. **5** is a right side elevational view of the condiment shaker thereof;
FIG. **6** is a top plan view of the condiment shaker thereof;
FIG. **7** is a bottom plan view of the condiment shaker thereof;
FIG. **8** is a perspective view of a second embodiment of FIG. **1**;
FIG. **9** is a front side elevational view of FIG. **8**;
FIG. **10** is a rear elevational view of FIG. **8**;
FIG. **11** is a left side elevational view of FIG. **8**;
FIG. **12** is a right side elevational view of FIG. **8**;
FIG. **13** is a top plan view of FIG. **8**; and,
FIG. **14** is a bottom plan view of FIG. **8**.

**1 Claim, 4 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D291,759 | S | * | 9/1987 | Durand | D7/597 |
| 4,714,181 | A | * | 12/1987 | Kozlowski | B65D 41/045 |
| | | | | | 222/480 |
| D318,778 | S | * | 8/1991 | Fiore | D7/591 |
| D351,764 | S | * | 10/1994 | Johnson | D7/591 |
| D413,265 | S | * | 8/1999 | Hestehave | D9/571 |
| D440,156 | S | * | 4/2001 | Lonczak | D9/905 |
| 7,100,806 | B2 | | 9/2006 | Schuster | |
| D539,651 | S | * | 4/2007 | Snyder | D9/449 |
| D548,607 | S | * | 8/2007 | Langbein | D9/454 |
| D602,785 | S | * | 10/2009 | Rothberg | D9/547 |
| D748,503 | S | * | 2/2016 | Gora | D7/591 |

OTHER PUBLICATIONS

Glass Salt and Pepper Shakers with Holder, first available Nov. 8, 2021. Retrieved from: https://www.amazon.com/Farmhouse-Salt-Pepper-Shakers-Holder/dp/B09L816F87?th=1 on Nov. 13, 2023.*
Farmhouse Salt and Pepper Shakers Set by Brighter Barns, first available Nov. 6, 2020. Retrieved from: https://www.amazon.com/dp/B08MWVHBS1 on Nov. 13, 2023.*
U Chef Juego de Saleros y Pimenteros de Cocina, first available Sep. 1, 2021. Retrieved from: https://www.amazon.com.mx/Chef-Pimenteros-Restaurantes-Magn%C3%ADfico-Inoxidable/dp/B0C95FDZKQ on Apr. 1, 2024.*

* cited by examiner



*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4*



*FIG. 5*



*FIG. 6*     *FIG. 7*



*FIG. 8*



*FIG. 9*



*FIG. 10*



*FIG. 11*



*FIG. 12*



*FIG. 13*



*FIG. 14*