IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| POTATO VENTURES LLC,<br><br>     Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>     Defendants. | Case No. 25-2312-DDC-RES |

**TEMPORARY RESTRAINING ORDER**

In the court's earlier Memorandum and Order (Doc. 13), the court concluded plaintiff would suffer irreparable harm to its business reputation, prices, and business opportunities absent a temporary restraining order enjoining defendants' sale of the allegedly Infringing Products. Doc. 13 at 9–10; *see* Appendix (identifying defendants and the allegedly Infringing Products). And the court concluded defendants weren't entitled to notice because plaintiff hadn't discovered defendants' true identities or locations and plaintiff alleged defendants would "register new e-commerce stores under new aliases" and move "assets to offshore bank accounts." *Id.* at 3 (quotation cleaned up). Consistent with the Rule 65(b) conclusions in the court's Order (Doc. 13), the court now issues this Temporary Restraining Order without notice.

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendants—listed in the attached Appendix—and their affiliates, officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them are temporarily enjoined and restrained from:

a. making, offering for sale, selling, and/or importing into the United States for subsequent sale or use the allegedly Infringing Products;

b. aiding, abetting, contributing to, or otherwise assisting anyone in making, using, offering for sale, selling, and/or importing into the United States for subsequent sale or use the allegedly Infringing Products; and

c. effecting assignment or transfer, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding prohibitions set forth in Subparagraphs (a) and (b).

**IT IS FURTHER ORDERED THAT** defendants are temporarily restrained and enjoined from transferring or disposing of any money or other of defendants' assets derived from the sale of the allegedly Infringing Products until further ordered by this court.

**IT IS FURTHER ORDERED THAT** any defendants or third parties that are subject to this Temporary Restraining Order may appear and move to dissolve or modify this Temporary Restraining Order as permitted by the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED THAT** this Temporary Restraining Order without notice is effective as of 12:45 P.M. on June 20, 2025. The Temporary Restraining Order shall remain in effect for 14 days unless otherwise extended by the court. Fed. R. Civ. P. 65(b)(2).

**IT IS SO ORDERED.**

**Dated this 20th day of June, 2025, at Kansas City, Kansas.**

**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**

## Appendix

| # | Platform | Merchant Name | Merchant ID | Merchant Country | Product ID | Allegedly Infringing Product URLs |
|---|---|---|---|---|---|---|
| 1 | Amazon | Livabber | A2OV0SYNO37CED | China | B0CQYJZDC5 | https://amazon.com/Livabber-Shakers-Refillable-Condiment-Dispenser/dp/B0CQYJZDC5/ref=sr_1_105_sspa |
| 2 | Amazon | ruian we er xi | A2GX0LGQVPMQZ0 | China | B0D9T6LYPG | https://amazon.com/Shakers-Stainless-Farmhouse-Kitchen-Thanksgiving/dp/B0D9T6LYPG/ref=sr_1_59_sspa |
| 2 | Amazon | ruian we er xi | A2GX0LGQVPMQZ0 | China | B0D9T7HHH5 | https://amazon.com/Shakers-Stainless-Farmhouse-Kitchen-Thanksgiving/dp/B0D9T7HHH5/ref=sr_1_100_sspa |
| 2 | Amazon | ruian we er xi | A2GX0LGQVPMQZ0 | China | B0D9T81XM6 | https://amazon.com/Shakers-Stainless-Farmhouse-Kitchen-Thanksgiving/dp/B0D9T81XM6/ref=sr_1_196_sspa |
| 2 | Amazon | ruian we er xi | A2GX0LGQVPMQZ0 | China | B0D9T8DW5G | https://amazon.com/Shakers-Stainless-Farmhouse-Kitchen-Thanksgiving/dp/B0D9T8DW5G/ref=sr_1_79 |
| 3 | Amazon | SZSPKL | AW69TNG18L5OM | China | B09F99ZGJB | https://amazon.com/Pepper-Shakers-Shaker-Stainless-Farmhouse/dp/B09F99ZGJB/ref=sr_1_2 |
| 3 | Amazon | SZSPKL | AW69TNG18L5OM | China | B0C6PFJH4G | https://amazon.com/Pepper-Shakers-Shaker-Stainless-Farmhouse/dp/B0C6PFJH4G/ref=sr_1_1 |
| 4 | Amazon | VICUKIE | A1K581VKJ9CJ9K | China | B0C1S8X3MY | https://amazon.com/Farmhouse-Pepper-Shakers-Kitchen-Rubbing/dp/B0C1S8X3MY/ref=sr_1_50_sspa |
| 4 | Amazon | VICUKIE | A1K581VKJ9CJ9K | China | B09NK7L4SX | https://amazon.com/Farmhouse-Shakers-Kitchen-Wedding-Decor%EF%BC%8CNo/dp/B09NK7L4SX/ref=sxin_12_pa_sp_search_thematic_sspa |
| 4 | Amazon | VICUKIE | A1K581VKJ9CJ9K | China | B0BY7RK6WC | https://amazon.com/Pepper-Shakers-Kitchen-Farmhouse-Wedding/dp/B0BY7RK6WC/ref=sr_1_1 |
| 4 | Amazon | VICUKIE | A1K581VKJ9CJ9K | China | B0BW8821GT | https://amazon.com/Farmhouse-Shakers-Kitchen-Wedding-Rubbing/dp/B0BW8821GT/ref=sr_1_1 |

| 4 | Amazon | VICUKIE | A1K581VKJ9CJ9K | China | B0B932MPW5 | https://amazon.com/Farmhouse-Shakers-Kitchen-Wedding-Rubbing/dp/B0B932MPW5/ref=sr_1_2 |
| 4 | Amazon | VICUKIE | A1K581VKJ9CJ9K | China | B0B93XV9Y9 | https://amazon.com/Farmhouse-Shakers-Kitchen-Wedding-DecorNo/dp/B0B93XV9Y9/ref=sr_1_1 |
| 4 | Amazon | VICUKIE | A1K581VKJ9CJ9K | China | B0C95Y7ZHQ | https://amazon.com/Pepper-Shakers-VICUKIE-Farmhouse-Kitchen/dp/B0C95Y7ZHQ/ref=sr_1_2 |
| 4 | Amazon | VICUKIE | A1K581VKJ9CJ9K | China | B0C95VWX7J | https://amazon.com/Pepper-Shakers-VICUKIE-Farmhouse-Kitchen/dp/B0C95VWX7J/ref=sr_1_1 |
| 5 | Amazon | Wartter Home | A2LFWJ20N4ZBXK | China | B0B7ZLC87G | https://amazon.com/Wartter-Salt-Pepper-Shakers-Set/dp/B0B7ZLC87G/ref=sr_1_164 |
| 6 | Amazon | Yeahey | AAVZGM17EU9RT | China | B0CFZGFSVV | https://amazon.com/Stainless-Containers-Condiment-Sprinkling-Collapsible/dp/B0CFZGFSVV/ref=sr_1_297 |
| 7 | Amazon | YEESFO-US | A2AQXO2S81YDDK | China | B0D1KDD2KQ | https://amazon.com/Farmhouse-Ceramic-Shakers-Kitchen-Stoneware/dp/B0D1KDD2KQ/ref=sr_1_239 |
| 8 | Amazon | YUEQING MIMIAO ELECTRIC CO.,LTD | A19WOMZO1DA7HD | China | B0BVZ3W4F2 | https://amazon.com/Farmhouse-Pepper-Shakers-Kitchen-Rubbing/dp/B0BVZ3W4F2/ref=sr_1_58_sspa |
| 9 | Temu | Yijiyou | 634418220399319 | China | 601100099507752 | https://temu.com/2-pack-salt-and-pepper-shakers-set-glass-shaker-with-stainless-steel-lid-modern-and-cute-farmhouse-g-601100099507752.html |
| 10 | Temu | zhangjingzheW | 634418220039464 | China | 601100094305934 | https://temu.com/salt-and-pepper-shakers-set-by--barns-cute--kitchen-decor-for--wedding-gorgeous-vintage-glass-black-white-shaker-sets-with-stainless-steel-lids-g-601100094305934.html |
| 11 | Walmart | RTjhglhi | 101672976 | China | 508664124 | https://walmart.com/ip/2Pcs-Condiment-Bottle-Salt-Shaker-Seasoning-Storage-Box-Salt-Container-Kitchen-Bottle-Can-Set-Salt-And-Pepper-Shaker/508664124 |

| 12 | Walmart | Super Shop Co.Ltd | 101205765 | China | 1535661484 | https://walmart.com/ip/Salt-and-Pepper-Shaker-Set-Farmhouse-Salt-Shaker-Modern-Farmhouse-Kitchen-Table-Decoration2Xk3357/15356614843 |
|----|---------|-------------------|-----------|-------|------------|---|
| 13 | Walmart | ZhuCS | 102480282 | China | 1018027369 | https://walmart.com/ip/HZLPFO-Salt-Pepper-Shakers-Cute-Modern-Farmhouse-Kitchen-Decor-Home-Restaurants-Wedding-Gorgeous-Vintage-Glass-Shaker-Sets-Stainless-Steel-Lids-Red-O/10180273692 |