UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| Potato Ventures LLC, ) | |
| ) | Case No. 25-cv-2312 |
| Plaintiff, ) | |
| ) | Judge Daniel D. Crabtree |
| v. ) | |
| ) | Magistrate Rachel E. Schwartz |
| The Partnerships and ) | |
| Unincorporated Associations ) | |
| Identified On Schedule A, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notifies this Court that Plaintiffs voluntarily dismiss without prejudice any and all claims against the following defendant(s):

| # in Sched. A | Merchant Name | Merchant Seller ID | Product # / ASIN |
|---|---|---|---|
| 1 | Livabber | A2OV0SYNO37CED | B0CQYJZDC5 |

Respectfully Submitted,

*/s/* Justin Poplin
A. Justin Poplin, NDIL 21598
**AVEK IP, LLC**
7285 W. 132nd Street, Suite 340
Overland Park, KS 66213
Phone: (913) 303-3841
jpoplin@avekip.com
*Attorney for Plaintiff*

1